**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH MESSINA, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MASTERY CHARTER SCHOOL, *et al.* | : | NO. 20-915 |

## ORDER

**AND NOW**, this 11th day of August, 2020, upon consideration of Defendants' Motion to Dismiss the Complaint (Document No. 4), Plaintiffs' Response thereto (Document No. 5), Defendants' Reply (Document No. 6), and as explained in the Court's Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED**, without leave to amend.

**IT IS SO ORDERED**.

BY THE COURT:


   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge